IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Herlanka B. Jones
_____
PLAINTIFF

v. ABC Board
Orlando Ball
Rodney Bibb
ABC Board
_____
DEFENDANT

2024 AUG 12 P 3: 35

CASE ACTION NO.: 2:24-cv-00506-MHT-CWB

JURY DEMAND (MARK ONE)

☐ YES   ☐ NO

## EEOC COMPLAINT

1. Plaintiff resides at 80 Boykin Lakes Loop Pike Rd Al 36064

2. Defendant(s)' name(s) Orlando Ball, Rodney Bibb Montgomery, Al

   Location of principal office(s) of the named defendant(s) ABC Board

   Nature of defendant(s)' business State of Alabama ABC Board

   Approximate number of individuals employed by defendant(s) _____

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☐ Failure to employ me.
   2. ☐ Termination of my employment.
   3. ☐ Failure to promote me.
   4. ☑ Other acts as specified below: Discrimination, hostile work enviroment, bullying harrasment.

5. Plaintiff is:
   A. ✓ Presently employed by the defendant.
   ___ Not presently employed by the defendant. The dates of employment were
   _____ Employment was terminated because:

   (1) ___ Plaintiff was discharged.
   (2) ___ Plaintiff was laid off.
   (3) ___ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ✓ My race.
   B. ___ My religion.
   C. ✓ My sex.
   D. ___ My national origin.
   E. ___ Other, as specified below:_____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Orlando Ball - Warehouse manager Rodney Bibb - Superintendant supervisor of warehouse departments

8. The alleged discrimination occurred on or about 10/23

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: The nature of my complaint is Orlando Ball has demoted me to a lower position, harrasses me, bully me intimadates me and has retailated against me. The workload of Discrimated against me being and older Black Women. The work load I was doing is All purchase Order, Inventory. When I notice descrepency or bring to his and Rodney Bibb attention. I was subject to being talked to in a threatning manner, belittled yelled at. Was not properly trained. I trained myself. I was told to train other employee's with lesser skills & knowledge. Orlando Ball gave the employee the job I was doing. And put me in the warehouse bottle room. That was the job the employee was currently working. The enviroment is hostile and I was used to train other's and was given the job was given to others with lesser skills. So he could continue with the illegal activities.

10. The alleged illegal activity took place at ABC Board montsomery Al

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _12/23 or 1-24_.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on _____.

12. I seek the following relief:

    A.  ✓ Recovery of back pay.
    B.  ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: _8/12/24_

_Nerlanda B. Jones_
Signature of Plaintiff

_80 Boykin Lakes Loop_
_Pike Rd AL 36064_
_334 451-1125_
Address & Telephone Number of Plaintiff